# Court of Appeals
# of the State of Georgia

ATLANTA,  December 06, 2019

*The Court of Appeals hereby passes the following order:*

**A20A0823. MICHAEL JOSEPH HAUF v. NATALYA VIKTOROVNA HAUF.**

Michael Joseph Hauf filed this direct appeal from the trial court's "Final Judgment and Decree of Divorce." However, appeals from "judgments or orders in divorce, alimony, and other domestic relations cases" must be made by application for discretionary appeal. OCGA § 5-6-35 (a) (2). "[C]ompliance with the discretionary appeals procedure is jurisdictional." *Fabe v. Floyd*, 199 Ga. App. 322, 332 (1) (405 SE2d 265) (1991). Michael Hauf's failure to follow the discretionary appeal procedure deprives us of jurisdiction over this direct appeal. Accordingly, this appeal is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  12/06/2019
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.